UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No.   09-27680-EPK

DOMINICK F. SAMMARONE,                    Chapter 13

_____Debtor_____/

**AMENDED CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of the Notice of Hearing on Motion for Relief from Stay filed by Creditor Spirit Investments and Management, LLC [DE #10] was served as follows:

*Via Electronic Service:*

   Office of the U.S. Trustee

*Via U.S. Mail:*

   Dominick F. Sammarone, Debtor
   588 SW Saint Johns Bay
   Port St. Lucie, FL 34986

   Spirit Investments and Management, LLC

   All Creditors on attached list

Date: September 17, 2009

                              SHAPIRO, BLASI, WASSERMAN & GORA, P.A.


                              BY:   s/ David Lloyd Merrill, Esq.
                                    David Lloyd Merrill, Esq.
                                    Florida Bar No. 99155
                                    Corporate Centre at Boca Raton
                                    7777 Glades Road, Suite 400
                                    Boca Raton, Florida 33434
                                    Telephone:  (561) 477-7800
                                    Facsimile:  (561) 477-7722
                                    E-mail: dlmerrill@sbwlawfirm.com

LF-15 (rev. 06/02/08)              Page 1 of 1