**ORDERED in the Southern District of Florida on October 14, 2009.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

DOMINICK SAMMARONE, Case No. 09-27680-EPK

Chapter 13

Debtor /

**AGREED ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY FILED BY SPIRIT INVESTMENTS AND MANAGEMENT, LLC**

THIS CAUSE came on before the Court on October 9, 2009 upon Creditor Spirit Investments and Management, LLC's (hereinafter "SPIRIT") Motion to Lift Automatic Stay (DE #9) and it appearing that the parties have reached an agreement in this matter and for the reasons recited on the record the court hereby makes the following findings of fact and conclusions of law:

**Findings of Fact**

3. On August 25, 2009, Dominick Sammarone (hereinafter "Debtor") filed a Chapter 13 petition in this Court.

4. There are four properties that are the subject of this motion. The addresses addresses and values are as follows:

(A) Property located at 807 SW Andrews Cove, Port St. Lucie, Florida 34985 is assessed at $141,700.00;

(B) Property located at 1144 SW Swan Lake Circle, Port St. Lucie, Florida 34986 is assessed at $112,000.00;

(C) Property located at 588 SW St. Johns Bay, Port St. Lucie, Florida 34986 is assessed at $194,207.00; and

(D) Property located at 726 SW Aruba Way, Port St. Lucie, Florida 34986 is assessed at $116,800.00.

5. Based upon the secured debt that is attached to these properties, there is no equity in any of the above described properties.

6. The Creditor LAKE CHARLES ASSOCIATION, INC (the "Association") filed a Response to Motion for Relief From Stay [DE# 52] objecting to the relief requested by SPIRIT. This objection was withdrawn on the record by counsel for the Association.

7. A settlement was announced on the record between the Debtor and SPIRIT. This Settlement Agreement provides that the Debtor will withdraw its objection to this motion by October 7, 2009 and waives the 10-day period as provided in Fed.R.Bankr.P Rule 4001(a)(3). In addition, by October 12, 2009 the Debtor will dismiss his appeal pending before the Fourth District Court of Appeals, Case No.: 4D09-3005 and withdraw any pending motions or pleadings in the lower court Case no.: 562007CA006268 pending before the 19th Circuit Court. In exchange, SPIRIT will deposit $10,000 into the trust

account of Shapiro, Blasi, Wasserman & Gora, P.A. by October 9, 2009 which funds will be donated to St. Jude's Childrens Hospital on behalf of the Debtor and Margaret Collins by October 15, 2009. SPIRIT will also permit the Debtor to reside in the property located at 588 SW Saint Johns Bay, Port St. Lucie, FL 34986 until December 31, 2009 after which the Debtor will immediately vacate the premises, leaving it in broom clean condition.

**Conclusions of Law**

Therefore, the Court, having considered the applicable law, the parties' submissions, the argument of counsel and being otherwise fully advised in the premises, it is hereby:

ORDERED as follows:

1. The Motion is GRANTED.

2. The Response to Motion for Relief from Stay from Lake Charles Association, Inc. (DE #52) is withdrawn.

3. The Debtor will withdraw his Response to the Expedited Motion to Lift the Automatic Stay (DE #17) on or before October 7, 2009. Debtor will also dismiss his state court appeal and withdraw any pending motions in the state court by October 12, 2009.

4. Creditor Spirit Investments and Management, LLC will wire $10,000.00 into the trust account of Shapiro, Blasi, Wasserman & Gora, P.A. by October 9, 2009. This money will be paid as a donation to St. Jude's Medical Center on behalf of Dominick Sammarone and Margaret Collins by October 20, 2009.

5. The Debtor will be entitled to live at 588 SW St. Johns Bay, Port St. Lucie, FL 34986 until December 31, 2009 at which time Debtor will vacate the same in broom clean condition.

6. The 10 day period provided in Fed.R.Bankr.P. Rule 4001(a)(3) is waived.

7. The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

###

Copies furnished to:
David Lloyd Merrill, Esq.
Office of the U.S. Trustee
All Appearances
20 Largest Creditors
Spirit Investments and Management, LLC

Movant/Attorney for Movant is directed to serve this order and file a Certificate of Service with the Bankruptcy Court.