ORDERED in the Southern District of Florida on  JAN 29 2010



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    CASE NO.: 09-27680-EPK

DOMINICK F. SAMMARONE,                   CHAPTER 7

    Debtor.
_____/

### ORDER TO SHOW CAUSE WHY CASE NUMBER 09-27680-EPK SHOULD NOT BE DISMISSED AND SETTING HEARING THEREON

THIS CAUSE came before the Court *sua sponte*. On January 5, 2010 this Court issued its *Order Upon Conversion of Case Under Chapter 13 to Case Under Chapter 7 by the Debtor* (the "Order Converting Case") [DE 71]. Pursuant to the Order Converting Case, Dominick F. Sammarone (the "Debtor") was required to file, among other documents, the Official Bankruptcy Form 22A "Statement of Current Monthly Income and Means Test Calculation For Use in Chapter 7 Only" no later than January 19, 2010.

On January 21, 2010, the Debtor filed the *Chapter 7 Statement of Current Monthly Income and Means-Test Calculation* (the "Means-Test"). On January 21, 2010, the Court issued a *Notice to Filer of Apparent Filing Deficiency* (the "Notice") [DE 81]. The Notice stated that the Means-Test filed by the Debtor was not accompanied by the Local Form *Declaration Regarding Electronic Filing* (the "Declaration"). The Notice directed the filer to file the Declaration within five business days or the Means-Test would be stricken.

The Debtor failed to file the Declaration. Accordingly, on January 29, 2010, this Court entered its *Order Striking Document* [DE 82].

It is ORDERED that the Debtor and Debtor's counsel shall attend a hearing to be held on **February 4, 2010** at **10:30 a.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida, to show cause why the Debtor's case (Case No. 09-27680-EPK) should not be dismissed for failure to timely file the Means-Test and Declaration.

# # #

Copies to:

Dominick F. Sammarone
588 SW Saint Johns Bay
Port St. Lucie, FL 34986

John J Anastasio, Esq
3601 SE Ocean Blvd #203
Stuart, FL 34996

Michael R Bakst
PMB 702
222 Lakeview Ave #160
West Palm Beach, FL 33401

AUST