# United States Bankruptcy Court
# Southern District of Florida
# West Palm Beach Division

In re:                                                             CASE NO.    09-27680-EPK
                                                                              Chapter 7

**DOMINICK SAMMARONE,**

         **Debtor.**
_____/

## MOTION TO SHORTEN PREJUDICE PERIOD
## OR VACATE ORDER VACATING ORDER OF DISMISSAL

Debtor moves this court to shorten the prejudice period or vacate the order re-instating the debtor's chapter 7 Petition and as grounds states:

1. A dismissal was entered on January 5, 2010, due to an erroneous notice by the Standing chapter 13 resulted in a dismissal which was vacated resulted in the court issuing an order on conversion.

2. The 180 day prejudice period under 11 U.S.C. § 105(a) was to expire on July 4, 2010.

3. The case was re-instated.

4. A second dismissal occurred due to a failure to file a Form LF-11 to accompany the debtor's form B-22 which was entered on February 9, 2010. The prejudice period under 11 U.S.C. § 105(a) expires on August 9, 2010.

5. Debtor's counsel did not receive a deficiency notice as to the form LF-11

because of both server problems in counsel's office and a service interruption from counsel's e-mail provider during that period.

6. Additionally, there were communications difficulties between the debtor and counsel which were the fault of counsel.

7. Plaintiff needs to shorten the prejudice period by 30 days or in the alternative to vacate the order vacating the first dismissal, so that the prejudice period ends on July 4, 2010.

**WHEREFORE**, the debtor moves this court for an order shorten the prejudice period by 30 days or in the alternative to vacate the order vacating the first dismissal, so that the prejudice period ends on July 4, 2010.

___s/ _ John J. Anastasio_____
John J. Anastasio, Esq.
Suite 203
3601 South East Ocean Boulevard
Stuart, Florida 34996
(772) 286-3336
Florida Bar #0722367
Attorney for the debtor