

**ORDERED in the Southern District of Florida on July 09, 2010.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 09-27680-EPK** |
| **DOMINICK F. SAMMARONE,** | **Chapter 7** |
| **Debtor.** | |
| _____/ | |

### ORDER DENYING MOTION TO REOPEN CASE TO
### HEAR MOTION TO SHORTEN PREJUDICE PERIOD

THIS MATTER came before the Court for hearing on July 8, 2010 upon the *Motion to Reopen Case to Hear Motion to Shorten Prejudice Period* [DE 94] (the "Motion") filed by Dominick F. Sammarone (the "Debtor"). For the reasons stated on the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion [DE 94] is DENIED.

###

Copies furnished to:

John J Anastasio, Esq
3601 SE Ocean Blvd #203
Stuart, FL 34996

AUST

*John J Anastasio, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*